# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00085-CV

**James Arthur McCleery, Appellant**

**v.**

**Great American Insurance Company, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY
### NO. 07-C395-L2, HONORABLE PENNY ANNE ROBERTS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, James Arthur McCleery, has filed an unopposed motion to dismiss this appeal, stating that the default judgment from which he appealed has been set aside. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: June 5, 2008